12 A.3d 289

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Nolan ANTOSZYK, Respondent.**

Supreme Court of Pennsylvania.

Jan. 13, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 13th day of January, 2011, the Petition for Allowance of Appeal is **GRANTED** with respect to the following issue:

Whether, under Pennsylvania law, a search warrant should be invalidated, and the evidence obtained therefrom sup-

426

pressed, when the affidavit of probable cause was based upon a deliberate misstatement of material fact by a confidential informant, notwithstanding the good faith of the affiant who reasonably believed the confidential informant was reliable, and whose statements the affiant believed to be true?

Justice ORIE MELVIN did not participate in the consideration or decision of this matter.